IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE CHAPA, JR. INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HIS LATE SON JOSE CHAPA, III, DECEASED | § § § § § | |
| Plaintiffs | § § | **CIVIL ACTION NO. 05-422** **JURY DEMAND** |
| V. | § § | |
| SIDNEY MANUFACTURING COMPANY, KONE INC., DEGUSSA ENGINEERED CARBONS, L.P. and DEGUSSA CORP. | § § § § § | |
| Defendants | § | |

## ORDER GRANTING MOTION FOR J. MICHAEL GUERRA TO APPEAR FOR WILLIAM J. TINNING

CAME, on this day, to be heard, Plaintiff's Motion for J. Michael Guerra to Appear for William J. Tinning at the Settlement Conference hearing scheduled for June 14, 2006 at 1:30 p.m. The Court having reviewed this matter, is of the opinion that it should be, in all things, GRANTED.

IT IS HEREBY ORDERED that J. Michael Guerra will attend the Hearing scheduled for June 14, 2006 at 1:30 p.m. for William J. Tinning.

SO ORDERED ON THIS \_\_22\_\_ day of June 2006.

_____
UNITED STATES DISTRICT
COURT JUDGE